**Order filed, June 19, 2015.**



In The

# Court of Appeals
### For The
## First District of Texas

_____

## NO. 01-15-00182-CR

## DAVID ROWE ASHBY, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the Co Crim Ct at Law No 6**
**Harris County, Texas**
**Trial Court Case 1864067**

---

## ORDER

The reporter's record in this case was due April 6, 2015.  *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record.  The record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

/s/ Rebeca Huddle
_____
    Acting individually